UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANONI CHKHEIDZE,

                        Plaintiff,                  **24-CV-8514-VF**

     -against-                          **ORDER**

FRANCISCO A. PEREZ and LIMITLESS
TRUCKING LLC,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The case management plan submitted by the parties on December 12, 2024 (see ECF No. 7-1) is hereby adopted as the operative discovery schedule in this case. The parties are directed to provide a joint update, on the status of discovery, by **Friday, February 28, 2024.**

    **SO ORDERED.**

DATED: New York, New York
          December 30, 2024

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge