UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANONI CHKHEIDZE,

                            Plaintiff,                     **24-CV-8514-VF**

         -against-                            **ORDER**

FRANCISCO A. PEREZ and LIMITLESS
TRUCKING LLC,

                            Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to provide a joint update, on the status of discovery, by **Monday, September 15, 2025.**

      SO ORDERED.

DATED: New York, New York
            September 10, 2025

                                                                           _____
                                                                         VALERIE FIGUEREDO
                                                                          United States Magistrate Judge