**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MANONI CHKHEIDZE,

                        Plaintiff,

           -against-

FRANCISCO A. PEREZ and LIMITLESS
TRUCKING LLC,

                    Defendants.
-----------------------------------------------------------------X

**24-CV-8514-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update by **Monday, April 6, 2026**.

      **SO ORDERED.**

DATED:  New York, New York
          March 30, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge