Elias
elias@anlegal.net
----------------

# Abilheira & Associates, P.C.

\*  Admitted in NY & NJ

www.anlegal.net

April 27, 2026

*Via ECF*

Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: April 28, 2026**
>
> The requested adjournment is GRANTED. The Court will issue a separate order rescheduling the conference. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

> Re:    Manoni Chkheidze v. Francisco Perez and Limitless Trucking, Inc.
>         Civil Action No.: 1:24-CV-08514-VF
>         Our File No.: IAD-0226.1-FDN

Honorable Madam:

I represent the defendants in the above-captioned matter. I am in receipt of the Court's Order rescheduling the Conference on this matter for April 29, 2026 at 12:30 p.m.   As the Court is aware, I appeared for the last Conference.  Unfortunately on April 29, 2026 I have an Order to Show Cause, for which I must appear on in-person in the morning and I have a Court ordered Mediation on another action pending in Southern District of New York starting at noon that will run at least two (2) hours.

I would respectfully request that the hearing take place on either April 30, 2026 or May 4, 2026. We contacted counsel for plaintiff and they have no objection to this rescheduling.

This request could not be made earlier as I hade to contact plaintiff for consent and the conference was only noticed last week. This is the first adjournment request.

Respectfully submitted,

*/s/ Elias Abilheira*
ELIAS ABILHEIRA

EA:mb
cc:    Joshua Lockamy, Esq. / Lockamy & Associates, P.C.
        joshua@lockamyandassociates.com

42 East Main Street, Suite 301, Freehold, New Jersey 07728 Tel. (732) 866-1883 Fax (732) 866-1887
30 Wall Street, 8th Floor, New York, New York 10005