Elias
elias@anlegal.net
-----------------

* Admitted in NY & NJ

www.anlegal.net

# Abilheira & Associates, P.C.

September 30, 2026

Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Manoni Chkheidze v. Francisco Perez and Limitless Trucking, Inc.
Civil Action No.: 1:24-CV-08514-VF
Our File No.: IAD-0226.1-FDN

Honorable Madam:

I represent the defendants with respect to the above-captioned matter. I submit this Letter Motion requesting that the Settlement Conference scheduled for October 5, 2026 be adjourned. This is the first adjournment request for this Conference.

All parties consent to this adjournment request and propose the following new dates November 16, 2026 or November 19, 2026.

As indicated in defendants' Confidential Settlement Submission, plaintiff has not yet been able to make a demand in this matter. Plaintiff has indicated that they are also in the process of determining additional liens for medical treatment provided outside of the Worker's Compensation jurisdiction. Until plaintiff provides a demand and the amount of all liens together with documentation of same, defendants are not in a position to discuss meaningful settlement and evaluate what authority will be placed on the case.

As such, this adjournment is necessary in order to have a meaningful Settlement Conference. Based upon the representation that plaintiff will be in a position to make a formal demand and provide all liens and documentation of such liens by next week, the parties request that the Settlement Conference be adjourned to either November 16th or November 19th to allow sufficient time for the defense to consider the information to be provided by plaintiff and evaluate what authority will be placed on the case. This adjournment request could not be made earlier as counsel for plaintiff anticipated providing the information, however, it was determined that additional time is still needed and the defense now lacks sufficient time to determine what final authority will be placed upon the case by October 5, 2026.

44 Apple Street, Suite 9, Tinton Falls, New Jersey 07724 (732) 866-1883 / (732) 866-1887 Fax
30 Wall Street, 8th Floor, New York, New York 10005

As such, in order to avoid taking up the Court's time for a Settlement Conference that is premature, it is respectfully requested that the Conference in this matter be adjourned to either November 16, 2026 or November 19, 2026 or such alternative dates that can be arranged if neither of those dates are convenient for the Court.

Respectfully submitted,
/s/ Elias Abilheira
ELIAS ABILHEIRA

EA:mb
cc: Joshua Lockamy, Esq. / Lockamy & Associates, P.C.
***Via ECF***

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: October 5, 2026**

Per the Defendants' request, the settlement conference scheduled for October 5, 2026, is **ADJOURNED**. The parties are directed to submit a letter to the Court when they have reached a point that they are ready to discuss settlement.